■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDA O'CONNOR, Appellant. [910 NYS2d 758]—Appeal from a judgment of the Onondaga County Court (Jeffrey R. Merrill, A.J.), rendered January 15, 2008. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.